**Criminal Notice of Appeal - Form A**

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

## NOTICE OF APPEAL

United States District Court

★ SEP 25 2017 ★

EASTERN District of NEW YORK

LONG ISLAND OFFICE

Caption:

UNITED STATES v.

BRIAN RAYMOND CALLAHAN

Docket No.: 13 CR 453 (ADS)

ARTHUR D. SPATT
(District Court Judge)

Notice is hereby given that BRIAN RAYMOND CALLAHAN, DEF. appeals to the United States Court of

Appeals for the Second Circuit from the judgment X , other ı _____
(specify)

entered in this action on _____.
(date)

This appeal concerns: Conviction only |___ Sentence only |XX| Conviction & Sentence |XX| Other |___

Defendant found guilty by plea | X | trial | | N/A |

Offense occurred after November 1, 1987? Yes | X ı No | N/A [

Date of sentence: Sept. 15, 2017 N/A |__|

Bail/Jail Disposition: Committed |___ Not committed | X | N/A |

Appellant is represented by counsel? Yes | No | X | If yes, provide the following information:

Defendant's Counsel: _____

Counsel's Address: _____

_____

Counsel's Phone: _____

Assistant U.S. Attorney: CHRISTOPHER CAFFARONE, ESQ.

AUSA's Address: US ATTORNEY's OFFICE, EASTERN DISTRICT OF NEW YORK
610 Federal Plaza, Central Islip, NY 11722

AUSA's Phone: (631) 715-7900

Signature

**RECEIVED**

SEP 25 2017

**EDNY PRO SE OFFICE**