1:42 - 3:16
d 3:28 - 4:13

BEFORE: <u>ARTHUR D. SPATT</u>      DATE: 9/15/17      TIME: ~~1:00~~

DOCKET #: <u>CR - 13 - 0453</u>

CAPTION: <u>USA J. Callahan, et al</u>

## CRIMINAL CAUSE FOR SENTENCING

### APPEARANCES

DEFENDANT: <u>Brian R. Callahan #1</u>   COUNSEL: <u>Roland Riopelle</u>

___ Present ___ Not present ___ In Custody ⊗ On Bail ___ CJA ⊗ Retained ___ FD

GOVERNMENT: <u>Christopher Caffarone</u>

COURT REPORTER: <u>Fred Guerino</u>

INTERPRETER: _____

PROBATION: <u>Lisa Langone</u>

COURTROOM DEPUTY: <u>MSd</u>

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   SEP 15 2017   ★

LONG ISLAND OFFICE

___ Case called.

___ Counsel for all parties present.

___ Fatico Hearing held: _____
_____
_____

___ Sentencing held.

___ Sentencing adjourned to: _____ At _____ AM/PM

___ Statement(s) of defendant and counsel heard. Statements from victims heard.

___ Defendant's objections to the PSR are: _____
_____

___ Defendant's Downward Departure Motion is based on: _____

___ Government's 5K1.1 Letter received.

___ The Downward Departure Motion is: _____

___ Defendant's Guideline Range is: _____

___ Court's Departure from the Guidelines: _____
~~over~~

_(Court accepts facts in resp to A dsagh_

## IMPRISONMENT:

The defendant is sentenced to: _144 Mos to run Concurrent on Ct 4 & Ct 11. See J&C for more up_

To be followed by: _3 Yrs_ Of Spervised Release.

Special Conditions of Supervised Release: _See J&C_

_____ The Defendant is remanded to the custody of the U.S. Marshals.

✓ The Defendant shall surrender to: _US Marshal or Institution, y designated by 12:00 NOON on 11/27/17_

✓ The court makes the following Recommendations to the Bureau of Prisons: _See J&C_

## PROBATION:

_____ The defendant is sentenced to: _____

_____ Special Conditions of Probation: _____

## FINE, RESTITUTION & SPECIAL ASSESSMENT:

_____ The Defendant is ordered to pay a Fine in the sum of: $_____

_____ The Fine is to be paid: _____

_____ The Fine is waived based on the Defendant's inability to pay.

✓ Restitution is ordered: _$ 67, 615, 407.77_

✓ Special Assessment is imposed in the sum of: $ _200.00_

✓ Special Assessment to be paid by: _Immediately_

✓ The Remaining Counts are dismissed on the United States' motion.

✓ The Defendant is advised of the Right to Appeal. _except as previously waived_

NOTES: _Final order of forfeiture to be updated & submitted to the court by 9/27/17_