THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

July 25, 2019

*By ECF*

The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 25 2019 ★

LONG ISLAND OFFICE

　　　　*Re: Brian Callahan v. United States;*
　　　　　　*Docket Number 13-453 (ADS)*

Dear Judge Spatt:

　　　　I submit this letter on behalf of Brian Callahan in the above-referenced case as an application for permission to reply by Monday, July 29, 2019, to the government's opposition to Mr. Callahan's pending application for bond, which the government filed yesterday afternoon.

　　　　My time is fully committed today and tomorrow to other matters, including a sentencing today before Judge Preska in Manhattan and meetings tomorrow with learned counsel flying to New York from her home in Puerto Rico who is assisting me in a capital case pending before Judge Bianco. I expect to be able to address the government's opposition to Mr. Callahan's application over the weekend and reply no later than Monday, July 29, 2019.

　　　　I appreciate the Court's consideration.

*Application Granted*

Respectfully submitted,

/s/
Andrew J. Frisch

cc: AUSA Christopher Caffarone

/s/ Arthur D. Spatt
U.S.D.J.
7/25/19