THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

August 26, 2019

*By ECF*

The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  AUG 26 2019  ★

LONG ISLAND OFFICE

    Re: *Brian Callahan v. United States,*
        *United States v. Adam Manson;*
        *Docket Number 13-453 (ADS)*

Dear Judge Spatt:

        By my reading of the applicable rules, reply papers in further support of the pending petition of Brian Callahan and associated motions of Mr. Callahan and Adam Manson are due today. The government submitted its responses to these applications on August 19, 2019. I submit this letter as an application that I be permitted to reply on or before October 4, 2019. That date should afford ample time for the parties to hear from the Second Circuit, which has calendared oral argument for September 5, 2019, on Mr. Callahan's appeal from the Court's order of July 31, 2019, and be sufficiently in advance of Mr. Manson's sentencing, scheduled for October 18, 2019.

        I appreciate the Court's consideration.

*Application Granted.*

Respectfully submitted,

/s/
Andrew J. Frisch

cc: AUSA Christopher Caffarone

/s/ Arthur D. Spatt

U.S. D. J.                              8/26/19